UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:09-M-1076-1

| United States Of America | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Scott Allen Alexander | ) | |

Comes Djoni Barrett, U.S. Probation Officer, who shows the court that Scott Allen Alexander appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, at Wilmington, North Carolina, on August 12, 2009, and upon a plea of guilty to Simple Possession, in violation of 21 U.S.C. §844, was placed on probation for a period of 12 months.

A Petition for Action on Probation was filed on June 25, 2010, alleging that the defendant had violated the conditions of probation by engaging in criminal conduct, failing to participate as directed in a treatment program for narcotic addiction, drug dependency, or alcohol dependency, and failing to pay a monetary obligation.

It now appears that the ends of justice would best be served by withdrawing the Petition for Action on Probation filed on June 25, 2010.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Petition for Action on Probation filed on June 25, 2010, be withdrawn.

This the 5th day of August, 2010.

Robert B. Jones, Jr.
U.S. Magistrate Judge